FILED22 SEP '22 08:50USDC-ORP

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Oregon

Portland Division

| | | |
|---|---|---|
| Xuebo Cui | ) | Case No. 3:22-CV-1426-HZ |
| _____ | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | Jury Trial: *(check one)* ☐ Yes ☑ No |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| | ) | |
| Hillsboro Police Department (see attached) | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

    A.    **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

        Name             Xuebo Cui

        Street Address    3120 NE John Olsen Ave. Apt. 2402

        City and County   Hillsboro, Washington County

        State and Zip Code  OR  97124

        Telephone Number

        E-mail Address    Nicholas.cui @hotmail.com.

    B.    **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name      Hillsboro Police Department.

Job or Title *(if known)*

Street Address      250 SE 10th Ave

City and County      Hillsboro, Washington County.

State and Zip Code      OR 97124

Telephone Number      503-681-6175

E-mail Address *(if known)*

Defendant No. 2

Name      Belkorp Holdings, Inc.

Job or Title *(if known)*

Street Address      3120 NE John Olsen Ave

City and County      Hillsboro, Washington County.

State and Zip Code      OR 97124

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*1. ILLigal use of seizure weapon 2. Violates my constitutional rights to be protected by Law Enforcement. 3. Conspiracy*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* ___Xuebo Cui___, is a citizen of the State of *(name)* ___China P.R. (Asylum Pending with Immigration Court)___

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

        and has its principal place of business in the State of *(name)*

        _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* ___Hillsboro Police Department___, is a citizen of the State of *(name)* ___Oregon___ . Or is a citizen of

        *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.   If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

N/A.

III.   **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see additional Pages attached.

IV.   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*Please see additional pages attached.*

### V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    Sep 21st, 2022

Signature of Plaintiff    Cui Xuebo

Printed Name of Plaintiff    Xuebo Cui

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Addition Pages for Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

III. Statement of Claim.

I, Xuebo Cui, the Plaintiff, filed an Asylum Application with USCIS on JAN 19th, 2022 (A-231581696). I moved to Hillsboro OR on April 16th, 2022 from Houghton, MI and started to live in my current apartment: 3120 NE John Olsen Ave, Apt. 24102, Hillsboro, OR, 97124.

Since May 2022, I started to be harasted by neighbor living in the apartment above my apartment (The neighbor's Apt. number was #24202) by using heavy objects to hit floor and walking heavy steps. Severiours accastical sound was also played in neighbouring apartment during nights. I reported this incident by dialing "911" to Hillsboro Police and officer told me they walked arround my apartment building and didn't found any inapproperate. The police office didn't show up, nor providing me with any reports. (The date of my report is my best guess.) Starting from June 2022, I started to be harmed by electromagnetic radiation. I reported the insidents to the Landmarks Apartments Property Management (An Bel Korp Holdings, Inc. subsideray), PGE Electric Utility Compay, and Hillsboro Police Department (by dialing "911" multiple times). The Landmarks Property Management sent technician to check but was not able to resolve the problem; PGE electric Company declined for there is a problem within their system; and Hillsboro Police claim they were not able to investigate and also claim there is no crime being found.

On Monday, July 25th, 2022, I went to Hillsboro Police Department in Person with previously submitted evidance showing the dangourous electromagnetic

Additional Page 1 of 6

radiation measurement ~~is~~ inside my apartment. The Hillsboro Police continued to decline there is any criminal activity being found in my apartment building, while not providing any at scene investigation nor providing any police Report.

Until earlier August, 2022, Hillsboro Police only providing me with "911" phone call transcript and case submittion Receipt (with requesting a $5.00 fee to retrive the transcript) to my email address Nicholas.Cui @hotmail.com. (Due to financial difficulty I am experiencing and lost identity documents, I temperarily lost access to this email address.)

During late July 2022 to earlier September 2022, I gradually openned the dry wall in my apartment and discovered many illigal settings burried behind, including: None compliance with Nation Electrical Code, Article 210, item 210.8; ~~illegl~~ illegal drain pipes draining to my apartment's draining pipe; illegal water pipe branching after my apartment's main water valve to upper floor apartments; massive deployments of copper water pipes and electric wires surronding my apartment (all of them are conductor and possible radiator of electromagnetic waves); partial connection to the ground wire of electric service entrance cable; melted main breaker of my apartment's electric. etc. (Case # 3:22-cv-01149-IM).

On the date of Aug 26, 2022, the plaintiff filed a case with the U.S. district Court at Portland to sue Hillsboro Police (case

Additional Page 2 of 6

# 3:22-CV-01278-SB) over the fact that Hillsboro Police illegally using seizure weapon on me for my Monday, July 25th, 2022 Hillsboro Police Department Visit. (While I was waiting for an office to meet me at the Department's Lobby, electromagnetic radiation was applied on me from the lobby's metal decorations); and the fact of Hillsboro Police's irresponsible for my previous reports.

In the earlier Sep 2022, the plaintiff Xuebo Cui entered #two law Proceedings with my landlord, Belkorp Holdings, Inc. with the Circuit Court of the State of Oregon for the County of Washington over several issues, including rent, utility disputes; personal injury caused by electromagnetic radiation while the plaintiff resides in the apartment ( Diagnostic Report provided by OSHU Hospital shows the plaintiff's heart rythem changed since June13th, 2022; Lab Report; Date of Hospital visit: July 27, 2022 10:37AM). (Please refer to the Washington County Circuit Court Case # 22LT 09999 and Case # 22SC23235).

In the effort to settle the cases with my landlord directly, the Plaintiff applied with the U.S. District Court at Portland to withdraw my sute against the Hillsboro Police Case # 3:22-CV-01278-SB on Sep 8th, 2022.

During the middle of September 2022, while my two cases pending with the Washington County Circuit Court, I tried to communicate with the landlord, Belkorp Holdings, Inc. at their local branch 3120 NE John Olsen Ave, Hillsboro, OR, 97124. But their representatives declined to talk with me over the cases, nor willing to disclose their legal representative's information

Additional Page 3 of 6

to the Plaintiff, Xuebo Cui.

Xuebo Cui, the Plaintiff, ~~the~~ found my Landlord Belkorp Holdings, Inc. treapassed my apartment (3120 NE John Olsen Ave, Apt. 2402, Hillsboro, OR 97124) ~~or~~ on Sep 14th, 2022 to distroy the evidence of the Landlord (Belkorp Holdings, Inc.)'s illegal modification of the dawling which the Plaintiff resides. The Landlord's actions including: Replacement of the woodstructure having drill holes on that ~~to~~ shows the Landlord's illegal wiring inside the dawling; modification of the 2nd floor's drain pipes to conceal illegal drain pipe settings before. The plaintiff discovered the trace by finding newly installed woodstructure marked as maded in 2022; newly replaced thermal insulating materials and disappeared wiring drill hole. The Landlord did received "stop non-emergency services notice" from me.

The plaintiff reported to the Hillsboro Police for the Landlord's treapassing, thefting, and destroying evidence on the date of Sep 19th, 2022. ~~on~~ Because of the plaintiff's financial difficulty, Xuebo Cui donot have access to phones nor internet. The plaintiff tried to "call" police by waving hand to two passing by Hillsboro Police patroling cars during ~~9:30~~ 10 am to 11:30 am on Sep 19th, 2022 and the plaintiff didn't get response. At 12:30 PM, Sep 19th, 2022, the plaintiff went to the Hillsboro Police Department in person (Hillsboro Police Record # WP222620595). On Sep 20, 2022 the Plaintiff also reported the incident ~~to~~ to the Sherriff's office of the Washington County. and Tanasburone Community Police ~~(The Fonds~~

Additional Page 4 of 6

(The Tanasbourne Community Police was not at their office at 5:50 PM on Sep 20, 2022; the plaintiff reported to them again at 9:20 am Sep 21, 2022 in person as directed by the Hillsboro Police Department on Sep 20, 2022.)

On Sep 21st, 2022, the plaintiff found a second treapassing event since Sep 14th, 2022 aimed to further distroying wiring evidence by reshaping the cuts of electric wires inside the plaintiff's dawling. As the evidence of wire cutting was told to the Hillsboro Police on Sep 19th, 2022 by the Plaintiff, the plaintiff sue the Hillsboro Police for Conspiracy and non-timely investigation for the emergency. Because of the Aylum status of the plaintiff and the scale of the event, the plaintiff suspects the Hillsboro Police is in conspiracy collaborating with foreign government.

The plaintiff also sue the Belkorp Holdings, Inc. over contracte violations and inappoperate dawling settings causing the Plaintiff's personal injury. The plaintiff claims a $50,000.00 reimbustment for his medical conditions caused and $3372.00 refunds for rent, utility and court cost with the Washington County Circuit Court.

Xuebo Cui
Sep 21, 2022

Additional page 5 of 6

IV. Relief

For Defendant I: Hillsboro Police Department.

Because of the possible conspiracy, non-timely investigation, irresponsible for the plaintiff's claims, illegal using of Seizure weapon against the plaintiff. The plaintiff claims the Hillsboro Police violates ~~his~~ my constitutional Rights and holds the responsiblity for ~~his~~ my healthy damage; the lost of evidance against the Belkorp Holdings, Inc. and possible infringing of the United States's National Security. Responsible personels in the Hillsboro Police Department shall be purnished by laws.

For Defendent II: The Belkorp Holdings, Inc.
The Belkorp Holdings, Inc. holds responsibility for ~~the~~ my personal injurry and faulty rent and utility charged to the Plaintiff. And the Belkorp Holdings, Inc. should be also responsible for any court Cost induced. The plaintiff claims a ~~totall~~ total of ~~$53372.00~~ $53,372.00 owed by the Belkorp Holdings, Inc.

Xuebo Cui
Sep 21st, 2022

Additional Page 6 of 6